UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
File No. 1:20-CV-1024-LCB-JEP

| | |
|---|---|
| JOSEPH PAUL HOWARD, III,<br>　　　　　Plaintiff,<br><br>　v.<br><br>SGT. McDOUGLE, *et al.*,<br>　　　　　Defendants. | **MOTION FOR<br>SUMMARY JUDGMENT** |

NOW COME Defendants Bridges, Burke, Edwards, and Muller (hereinafter "Defendants"), by and through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move for summary judgment as there exists no genuine issues of material fact which support Plaintiff's claims of alleged violations of his constitutional rights by Defendants. In support of this motion, Defendants rely upon the pleadings filed in this case as well as the supporting materials filed herewith, including a Memorandum in Support of this Motion, which includes Declarations and exhibits.

Respectfully submitted this the 27th day of May, 2022.

                                      JOSHUA H. STEIN
                                      Attorney General

                                      /s/ Alex R. Williams
                                      Alex R. Williams (N.C.S.B. No. 41679)
                                      Special Deputy Attorney General
                                      N.C. Department of Justice
                                      Public Safety Section
                                      P.O. Box 629
                                      Raleigh, North Carolina 27699-9001
                                      Telephone: 919-716-6528
                                      Facsimile: 919-716-6761
                                      awilliams@ncdoj.gov

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

I hereby certify that the foregoing document complies with Local Rules regarding word count and font.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and I will cause the foregoing document to be served on Plaintiff, a non-CM/ECF participant, via regular United States Mail, first-class, postage prepaid, addressed as follows:

>Joseph Paul Howard
>OPUS No. 0564154
>Scotland Correctional Institution
>22385 McGirts Bridge Road
>Laurinburg, NC  28352

This the 27th day of May, 2022.

>/s/ Alex R. Williams
>Alex R. Williams
>Special Deputy Attorney General